■ In the Matter of KATHLEEN H., Respondent, v RICHARD C., Appel-

lant.—In a paternity proceeding, the appeal is from an order of the Family Court, Orange County, dated November 21, 1974, which, after a hearing, adjudged appellant to be the father of petitioner's child. Order affirmed, without costs. The finding that appellant is the father of the child is supported by "entirely satisfactory" evidence (cf. *Commissioner of Pub. Welfare of City of N. Y. v Ryan,* 238 App Div 607). Hopkins, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur.